# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

STEPHEN GIANNAROS
Plaintiff

                                                  CIVIL ACTION
                                                  NO. 1:22CV10939-GAO

V.

EVLUTION NUTRITION LLC
Defendant

## SETTLEMENT ORDER OF DISMISSAL
**O'TOOLE,JR., DJ**

       The Court having been advised on September 12, 2022 that the above-entitled action has been settled:

       **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                                     By the Court,

September 13, 2022                                   /s/John Fleming
Date                                                                               Deputy Clerk